# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DEBRA LYNN, on behalf of Kerry Lynn                                                                 PLAINTIFF

v.                                           NO. 3:16-cv-00313 PSH

NANCY A. BERRYHILL, Acting Commissioner                                                   DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Debra Lynn, on behalf of Kerry Lynn, ("Lynn") commenced the case at bar by filing a complaint pursuant to 42 U.S.C. 405(g). In the complaint, she sought judicial review of the denial of her claims for disability insurance benefits and supplemental security income payments.

The Acting Commissioner of the Social Security Administration ("Commissioner") has now filed the pending motion to dismiss a portion of Lynn's complaint. See Document 12. In the motion, the Commissioner asks that Lynn's claim for supplemental security income payments be dismissed because the Court does not have jurisdiction of the claim. "The Commissioner does not argue that [Lynn's] action for [disability insurance benefits] is properly before the Court." See Document 12 at CM/ECF 2. Lynn does not oppose the Commissioner's motion.

For good cause shown, the Commissioner's motion to dismiss a portion of Lynn's complaint is granted. Lynn's claim for supplemental security income payments is dismissed. Her claim for disability insurance benefits is properly before the Court, and she may proceed with that claim.

IT IS SO ORDERED this 26th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE