IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEBRA LYNN, on behalf of  PLAINTIFF
Kerry Dale Lynn

v.  NO. 3:16-cv-00313 PSH

NANCY A. BERRYHILL, Acting Commissioner  DEFENDANT
of the Social Security Administration

## ORDER

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 26th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE